**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David E. Wyner, et al., | Case No. 2:26-cv-01050-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 3] |
| Internal Revenue Service Department of the Treasury, | |
| Defendant(s). | |

Pending before the Court is Plaintiff David Wyner's motion to be permitted to file electronically. Docket No. 3. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). Plaintiff's motion is **GRANTED** subject to the following:

- No later than May 11, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: April 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1