# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

David E. Wyner, et al.,

      Plaintiff(s),

v.

United States of America,

      Defendant(s).

Case No. 2:26-cv-01050-GMN-NJK

**Order**

[Docket No. 13]

Pending before the Court is Defendant's motion to substitute the United States of America as defendant in the place of International Revenue Service Department of the Treasury. Docket No. 13. No response has been filed and the deadline has expired. *See* Local Rule 7-2(b). Accordingly, the motion to substitute is **GRANTED** as unopposed. *See* Local Rule 7-2(d). The Clerk's Office is **INSTRUCTED** to update the docket to substitute the United States of America as defendant in the place of International Revenue Service Department of the Treasury.

IT IS SO ORDERED.

Dated: June 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1