# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

David E. Wyner, et al.,

     Plaintiff(s),

v.

United States of America,

     Defendant(s).

Case No. 2:26-cv-01050-GMN-NJK

**Order**

[Docket No. 15]

Pending before the Court is a motion to stay discovery filed by the United States. Docket No. 15; *see also* Docket No. 12. Plaintiffs have not filed an opposition either to the underlying motion to dismiss or to the motion to stay discovery. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted. Accordingly, the Court **GRANTS** the motion to stay discovery. If resolution of the motion to dismiss does not result in termination of this case, then the parties must file a joint proposed discovery schedule within 21 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: June 12, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1